

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00125-CR

ZINA LAPAZ BISHOP                                                    APPELLANT

V.

THE STATE OF TEXAS                                                        STATE

----------

### FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 1384629D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Zina Lapaz Bishop attempts to appeal from her conviction for attempted possession of a controlled substance by fraud, namely: codeine. Tex. Health & Safety Code Ann. § 481.129(a)(4) (West Supp. 2014). Bishop entered an open plea of guilty, and the trial court sentenced her to eight months' confinement in state jail. Pursuant to the written plea admonishments that were

---

[1]See Tex. R. App. P. 47.4.

signed by Bishop and her attorney, Bishop waived her right to appeal. The trial court's amended certification states that "the defendant has waived the right of appeal."

On July 31, 2015, we notified Bishop that this appeal could be dismissed based on the trial court's certification unless she or any party desiring to continue the appeal filed a response on or before August 10, 2015, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. No response has been filed.

In accordance with the trial court's certification, we therefore dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).[2]

/s/ Sue Walker
SUE WALKER
JUSTICE

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: September 3, 2015

---

[2]Before we received the trial court's amended certification, Bishop's counsel filed "Appellant's Brief filed in part pursuant to *Anders v. California*" and a motion to withdraw. Because we dismiss the appeal based on the trial court's certification, we need not consider Bishop's counsel's brief, and we deny Bishop's counsel's motion to withdraw as moot. *See Garcia v. State*, No. 04-04-00716-CR, 2005 WL 709143, at *1 (Tex. App.—San Antonio Mar. 30, 2005, no pet.) (mem. op., not designated for publication) (dismissing appeal based on trial court's certification, not considering the *Anders* brief, and denying counsel's motion to withdraw as moot).

2